# CRIMINAL COVER SHEET

USAO - Rev. 4/25_by

**SEALED**

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2025 AUG 11 PM 2:43

OFFICE OF THE CLERK

**PLACE OF OFFENSE:**    RELATED CASE INFORMATION:

CITY: Omaha

COUNTY: Douglas

- ☐ Superseding Indictment
- ☒ New Defendant
- ☐ Indictment/Information Pending vs Same Defendant

Magistrate Case Number:   4:25MJ3187

R20/R40 from District of:

Related to:

## DEFENDANT INFORMATION:

**NAME:**    KETANKUMAR BABUBHAI CHAUDHARI

**ALIAS:**    Ken Chaudhari

**ADDRESS:**    2306 N. 182nd Avenue, Elkhorn, Nebraska

**SSN:**   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      **DOB:**   11-18-1988     ☒ MALE    ☐ FEMALE    ☐ ALIEN

| | | |
|---|---|---|
| ☒ COMPLAINT | AUSA: | Danielle Fliam |
| ☐ INFORMATION | AGENT: | Rachel Sullivan |
| ☐ INDICTMENT | AGENCY: | FBI      ☒ FBI |
| | | TRIAL:    ☐ OMAHA    ☒ LINCOLN    ☐ NORTH PLATTE |

**U.S.C. CITATIONS:**    LEAD COUNT: 18 U.S.C. § 1594; 18 U.S.C. § 1591     COUNT NO.   1

| COUNT # / CODE | DESCRIPTION OF OFFENSE CHARGED | MAXIMUM PUNISHMENT |
|---|---|---|
| CT 1: 18 U.S.C. § 1594; 18 U.S.C. § 1591 | Conspiracy to Engage in Sex Trafficking | Life/ $250,000 Fine / NMT 5 yrs TSR / $100SA |
| CT 2: 18 U.S.C. § 1589 | Conspiracy to engage in forced labor | 20 yrs / $250,000 Fine / NMT 5 yrs TSR / $100SA |
| CT 3: 18 U.S.C. § 371; 18 U.S. C. § 1546(a) | Conspiracy to Defraud the United States by Fraud and Misuse of Visas, Permits and other documents | 20 yrs / $250,000 Fine / NMT 3 yrs TSR / $100SA |
| CT 4: 8 U.S.C. § 1324(a)(1)(A)(ii) | Conspiracy Related to Transporting Illegal Aliens | 5 yrs /$100,000 Fine /NMT 1 yr TSR /$100SA |

| | | |
|---|---|---|
| ☐ PETTY | ☐ MISDEMEANOR: | ☐ CLASS A/CLASS B - NON-MOTOR |
| ☐ MINOR | | ☐ CLASS B - MOTOR |
| ☒ FELONY | ☐ FORFEITURE | ☐ CLASS C - VEHICLE/INFRACTION |

## LOCATION STATUS

☒ WARRANT    ☐ OCDETF        ARREST DATE: _____

☐ SUMMONS

☐ ALREADY IN FEDERAL CUSTODY AS OF:

☐ ALREADY IN STATE CUSTODY IN:

☐ ON PRETRIAL RELEASE

☒ INTERPRETER NEEDED?     LIST LANGUAGE AND/OR DIALECT: Gujarati

COPY USA

INDICTMENT - CONTINUATION SHEET

| COUNT # / CODE | DESCRIPTION OF OFFENSE CHARGED | MAXIMUM PUNISHMENT |
|---|---|---|
| CT 5: 8 U.S.C. § 1324(a)(1)(A)(iii) | Conspiracy Related to Harboring Illegal Aliens | 5 yrs /$100,000 Fine /NMT 1 yr TSR / $100SA |
| CT 6: 18 U.S.C. § 1071 | Concealing Person from Arrest | 1 yr /$100,000 Fine /NMT 1 yr TSR /$100SA |
| CT 7: 21 U.S.C. § 856 | Maintaining drug-involved premises | 20 yrs /$500,000 Fine /NMT 3 yrs TSR / $100SA |
| CT 8: | | |
| CT 9: | | |
| CT 10 | | |
| CT 11 | | |
| CT 12 | | |
| CT 13 | | |
| CT 14 | | |
| CT 15 | | |
| CT 16 | | |
| CT 17 | | |
| CT 18 | | |
| CT 19 | | |
| CT 20 | | |

CRIMINAL COVER SHEET    **SEALED**

USAO - Rev. 4/25_by

**PLACE OF OFFENSE:**

CITY: Omaha

COUNTY: Douglas

**RELATED CASE INFORMATION:**

☐ Superseding Indictment     ☒ New Defendant

☐ Indictment/Information Pending vs Same Defendant

Magistrate Case Number:   4:25MJ3187

R20/R40 from District of:

Related to:

**DEFENDANT INFORMATION:**

NAME:   **AMIT BABUBHAI CHAUDHARI**

ALIAS:   **Matt**

ADDRESS:   **10728 L Street, Omaha, Nebraska**

SSN:                          DOB:   **10-25-1991**     ☒ MALE   ☐ FEMALE   ☐ ALIEN

| | | | |
|---|---|---|---|
| ☒ COMPLAINT | AUSA: | Danielle Fliam | |
| ☐ INFORMATION | AGENT: | Rachel Sullivan | |
| ☐ INDICTMENT | AGENCY: | FBI | ☒ FBI |
| | TRIAL: | ☐ OMAHA  ☒ LINCOLN  ☐ NORTH PLATTE | |

**U.S.C. CITATIONS:**   LEAD COUNT: 18 U.S.C. § 1594; 18 U.S.C. § 1591     COUNT NO.   1

| COUNT # / CODE | DESCRIPTION OF OFFENSE CHARGED | MAXIMUM PUNISHMENT |
|---|---|---|
| CT 1: 18 U.S.C. § 1594; 18 U.S.C. § 1591 | Conspiracy to Engage in Sex Trafficking | Life/ $250,000 Fine / NMT 5 yrs TSR / $100SA |
| CT 2: 18 U.S.C. § 1589 | Conspiracy to engage in forced labor | 20 yrs / $250,000 Fine / NMT 5 yrs TSR / $100SA |
| CT 3: | Not Charged | |
| CT 4: | Not Charged | |

☐ PETTY                    ☐ MISDEMEANOR:          ☐ CLASS A/CLASS B - NON-MOTOR

☐ MINOR                                                    ☐ CLASS B - MOTOR

☒ FELONY                  ☐ FORFEITURE            ☐ CLASS C - VEHICLE/INFRACTION

**LOCATION STATUS**

☒ WARRANT      ☐ OCDETF                                ARREST DATE:

☐ SUMMONS

☐ ALREADY IN FEDERAL CUSTODY AS OF:

☐ ALREADY IN STATE CUSTODY IN:

☐ ON PRETRIAL RELEASE

☒ INTERPRETER NEEDED?     LIST LANGUAGE AND/OR DIALECT: Gujarati

INDICTMENT - CONTINUATION SHEET

| COUNT # / CODE | DESCRIPTION OF OFFENSE CHARGED | MAXIMUM PUNISHMENT |
|---|---|---|
| CT 5: | Not Charged | |
| CT 6: 18 U.S.C. § 1071 | Concealing Person from Arrest | 1 yr /$100,000 Fine /NMT 1 yr TSR /$100SA |
| CT 7: 21 U.S.C. § 856 | Maintaining drug-involved premises | 20 yrs /$500,000 Fine /NMT 3 yrs TSR / $100SA |
| CT 8: | | |
| CT 9: | | |
| CT 10 | | |
| CT 11 | | |
| CT 12 | | |
| CT 13 | | |
| CT 14 | | |
| CT 15 | | |
| CT 16 | | |
| CT 17 | | |
| CT 18 | | |
| CT 19 | | |
| CT 20 | | |

# CRIMINAL COVER SHEET

**SEALED**

USAO - Rev. 4/25_by

| RELATED CASE INFORMATION: | |
|---|---|

**PLACE OF OFFENSE:**

CITY: Omaha

COUNTY: Douglas

☐ Superseding Indictment                    ☒ New Defendant

☐ Indictment/Information Pending vs Same Defendant

Magistrate Case Number:   4:25MJ3187

R20/R40 from District of:

Related to:

**DEFENDANT INFORMATION:**

**NAME:**    AMIT PRAHLADBHAI CHAUDHARI

**ALIAS:**    Amit

**ADDRESS:**    9305 S. 145th Street, Omaha, Nebraska

**SSN:**                    **DOB:**   6-1-1993         ☒ MALE    ☐ FEMALE    ☐ ALIEN

| | | | |
|---|---|---|---|
| ☒ COMPLAINT | AUSA: | Danielle Fliam | |
| ☐ INFORMATION | AGENT: | Rachel Sullivan | |
| ☐ INDICTMENT | AGENCY: | FBI | ☒ FBI |
| | | TRIAL:    ☐ OMAHA    ☒ LINCOLN    ☐ NORTH PLATTE | |

**U.S.C. CITATIONS:**    LEAD COUNT: 18 U.S.C. § 1594; 18 U.S.C. § 1591        COUNT NO.    1

| COUNT # / CODE | DESCRIPTION OF OFFENSE CHARGED | MAXIMUM PUNISHMENT |
|---|---|---|
| CT 1: | Not Charged | |
| CT 2: 18 U.S.C. § 1589 | Conspiracy to engage in forced labor | 20 yrs / $250,000 Fine / NMT 5 yrs TSR / $100SA |
| CT 3: | Not Charged | |
| CT 4: 8 U.S.C. § 1324(a)(1)(A)(ii) | Transporting Illegal Aliens | 5 yrs /$100,000 Fine /NMT 1 yr TSR /$100SA |

| | | |
|---|---|---|
| ☐ PETTY | ☐ MISDEMEANOR: | ☐ CLASS A/CLASS B - NON-MOTOR |
| ☐ MINOR | | ☐ CLASS B - MOTOR |
| ☒ FELONY | ☐ FORFEITURE | ☐ CLASS C - VEHICLE/INFRACTION |

**LOCATION STATUS**

☒ WARRANT        ☐ OCDETF _____        ARREST DATE: _____

☐ SUMMONS

☐ ALREADY IN FEDERAL CUSTODY AS OF: _____

☐ ALREADY IN STATE CUSTODY IN: _____

☐ ON PRETRIAL RELEASE

☒ INTERPRETER NEEDED?    LIST LANGUAGE AND/OR DIALECT: Gujarati

INDICTMENT - CONTINUATION SHEET

| COUNT # / CODE | DESCRIPTION OF OFFENSE CHARGED | MAXIMUM PUNISHMENT |
|---|---|---|
| CT 5: 8 U.S.C. § 1324(a)(1)(A)(iii) | Conspiracy Related to Harboring Illegal Aliens | 5 yrs /$100,000 Fine /NMT 1 yr TSR / $100SA |
| CT 6: | Not Charged | |
| CT 7: 21 U.S.C. § 856 | Maintaining drug-involved premises | 20 yrs /$500,000 Fine /NMT 3 yrs TSR / $100SA |
| CT 8: | | |
| CT 9: | | |
| CT 10 | | |
| CT 11 | | |
| CT 12 | | |
| CT 13 | | |
| CT 14 | | |
| CT 15 | | |
| CT 16 | | |
| CT 17 | | |
| CT 18 | | |
| CT 19 | | |
| CT 20 | | |

# CRIMINAL COVER SHEET

**SEALED**    USAO - Rev. 4/25_by

**PLACE OF OFFENSE:**

CITY: Omaha

COUNTY: Douglas

**RELATED CASE INFORMATION:**

- [ ] Superseding Indictment        [×] New Defendant
- [ ] Indictment/Information Pending vs Same Defendant
- Magistrate Case Number: 4:25MJ3187
- R20/R40 from District of: _____
- Related to: _____

**DEFENDANT INFORMATION:**

| | |
|---|---|
| **NAME:** | **MAHESHKUMAR CHAUDHARI** |
| **ALIAS:** | **Mahesh** |
| **ADDRESS:** | **402 Blaine Street, Norfolk, NE 68701** |
| **SSN:** | 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    **DOB:** 6/1/1987    [×] MALE  [ ] FEMALE  [ ] ALIEN |

| | | |
|---|---|---|
| [×] COMPLAINT | AUSA: | Danielle Fliam |
| [ ] INFORMATION | AGENT: | Rachel Sullivan |
| [ ] INDICTMENT | AGENCY: | FBI    [×] FBI |
| | TRIAL: | [ ] OMAHA   [×] LINCOLN   [ ] NORTH PLATTE |

**U.S.C. CITATIONS:**    LEAD COUNT: 18 U.S.C. § 1594; 18 U.S.C. § 1591    COUNT NO.    1

| COUNT # / CODE | DESCRIPTION OF OFFENSE CHARGED | MAXIMUM PUNISHMENT |
|---|---|---|
| CT 1: | Not Charged | |
| CT 2: | Not Charged | |
| CT 3: 18 U.S.C. § 1546(a) | Conspiracy to Defraud the United States by fraud and Misuse of Visas, Permits and other documents | 20 yrs / $250,000 Fine / NMT 3 yrs TSR / $100SA |
| CT 4: 8 U.S.C. § 1324(a)(1)(A)(ii) | Conspiracy Related to Transporting Illegal Aliens | 5 yrs /$100,000 Fine /NMT 1 yr TSR /$100SA |

- [ ] PETTY
- [ ] MINOR
- [×] FELONY

- [ ] MISDEMEANOR:
- [ ] FORFEITURE

- [ ] CLASS A/CLASS B - NON-MOTOR
- [ ] CLASS B - MOTOR
- [ ] CLASS C - VEHICLE/INFRACTION

**LOCATION STATUS**

- [×] WARRANT        [ ] OCDETF        ARREST DATE: _____
- [ ] SUMMONS
- [ ] ALREADY IN FEDERAL CUSTODY AS OF: _____
- [ ] ALREADY IN STATE CUSTODY IN: _____
- [ ] ON PRETRIAL RELEASE
- [×] INTERPRETER NEEDED?    LIST LANGUAGE AND/OR DIALECT: Gujarati

INDICTMENT - CONTINUATION SHEET

| COUNT # / CODE | DESCRIPTION OF OFFENSE CHARGED | MAXIMUM PUNISHMENT |
|---|---|---|
| CT 5: | Not Charged | |
| CT 6: | Not Charged | |
| CT 7: | Not Charged | |
| CT 8: | | |
| CT 9: | | |
| CT 10 | | |
| CT 11 | | |
| CT 12 | | |
| CT 13 | | |
| CT 14 | | |
| CT 15 | | |
| CT 16 | | |
| CT 17 | | |
| CT 18 | | |
| CT 19 | | |
| CT 20 | | |

CRIMINAL COVER SHEET                    **SEALED**          USAO - Rev. 4/25_by

SEALED

**PLACE OF OFFENSE:**

CITY: Omaha

COUNTY: Douglas

**RELATED CASE INFORMATION:**

☐ Superseding Indictment          ☒ New Defendant

☐ Indictment/Information Pending vs Same Defendant

Magistrate Case Number:  4:25MJ3187

R20/R40 from District of:

Related to:

**DEFENDANT INFORMATION:**

NAME:       **RASHMI AJIT SAMANI**

ALIAS:      **Falguni Samani**

ADDRESS:    **2306 N. 182nd Avenue, Elkhorn, Nebraska**

SSN:        **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**          DOB:  **3/7/1983**          ☐ MALE  ☒ FEMALE  ☐ ALIEN

| | | |
|---|---|---|
| ☒ COMPLAINT | AUSA: | Danielle Fliam |
| ☐ INFORMATION | AGENT: | Rachel Sullivan |
| ☐ INDICTMENT | AGENCY: | FBI          ☒ FBI |
| | TRIAL: | ☐ OMAHA   ☒ LINCOLN   ☐ NORTH PLATTE |

**U.S.C. CITATIONS:**     LEAD COUNT: 18 U.S.C. § 1594; 18 U.S.C. § 1591          COUNT NO.   1

| COUNT # / CODE | DESCRIPTION OF OFFENSE CHARGED | MAXIMUM PUNISHMENT |
|---|---|---|
| CT 1: 18 U.S.C. § 1594; 18 U.S.C. § 1591 | Conspiracy to Engage in Sex Trafficking | Life/ $250,000 Fine / NMT 5 yrs TSR / $100SA |
| CT 2: 18 U.S.C. § 1589 | Conspiracy to engage in forced labor | 20 yrs / $250,000 Fine / NMT 5 yrs TSR / $100SA |
| CT 3: 18 U.S.C. § 371; 18 U.S.C. § 1546(a) | Conspiracy to Defraud the United States by fraud and Misuse of Visas, Permits and other documents | 20 yrs / $250,000 Fine / NMT 3 yrs TSR / $100SA |
| CT 4: 8 U.S.C. § 1324(a)(1)(A)(ii) | Conspiracy Related to Transporting Illegal Aliens | 5 yrs /$100,000 Fine /NMT 1 yr TSR /$100SA |

| | | |
|---|---|---|
| ☐ PETTY | ☐ MISDEMEANOR: | ☐ CLASS A/CLASS B - NON-MOTOR |
| ☐ MINOR | | ☐ CLASS B - MOTOR |
| ☒ FELONY | ☐ FORFEITURE | ☐ CLASS C - VEHICLE/INFRACTION |

**LOCATION STATUS**

☒ WARRANT      ☐ OCDETF                              ARREST DATE:

☐ SUMMONS

☐ ALREADY IN FEDERAL CUSTODY AS OF:

☐ ALREADY IN STATE CUSTODY IN:

☐ ON PRETRIAL RELEASE

☒ INTERPRETER NEEDED?     LIST LANGUAGE AND/OR DIALECT: Gujarati

INDICTMENT - CONTINUATION SHEET

| COUNT # / CODE | DESCRIPTION OF OFFENSE CHARGED | MAXIMUM PUNISHMENT |
|---|---|---|
| CT 5: 8 U.S.C. § 1324(a)(1)(A)(iii) | Conspiracy Related to Harboring Illegal Aliens | 5 yrs /$100,000 Fine /NMT 1 yr TSR / $100SA |
| CT 6: 18 U.S.C. § 1071 | Concealing Person from Arrest | 1 yr /$100,000 Fine /NMT 1 yr TSR /$100SA |
| CT 7: 21 U.S.C. § 856 | Maintaining drug-involved premises | 20 yrs /$500,000 Fine /NMT 3 yrs TSR / $100SA |
| CT 8: | | |
| CT 9: | | |
| CT 10 | | |
| CT 11 | | |
| CT 12 | | |
| CT 13 | | |
| CT 14 | | |
| CT 15 | | |
| CT 16 | | |
| CT 17 | | |
| CT 18 | | |
| CT 19 | | |
| CT 20 | | |